```
                                                    FILED
                                              CLERK, U.S. DISTRICT COURT

                                                  MAR 30, 2022

                                              CENTRAL DISTRICT OF CALIFORNIA
                                              BY: _____DR_____ DEPUTY
```

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-00080-DMG |
| Plaintiff, | |
| v. | GOVERNMENT'S EX PARTE APPLICATION FOR ORDER UNSEALING DOCKET |
| WAYNE JOSEPH NIX and EDON YOSHIDA KAGASOFF, | |
| Defendants. | |

Plaintiff, United States of America, by and through Assistant United States Attorney Jeff Mitchell, hereby applies to the Court *ex parte* for an order unsealing the case docket in the above-captioned matter.

//

//

//

This ex parte application is based upon the attached declaration of Jeff Mitchell, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: March 29, 2022                    Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


            /s/ Jeff Mitchell
JEFF MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DECLARATION OF JEFF MITCHELL

I, Jeff Mitchell, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this matter.

2. On March 11, 2022, the government filed an information and plea agreements for the above-captioned defendants. Those documents were filed under seal to avoid disclosure to the additional targets of the investigation who were not yet aware of the investigation.

3. The majority of the remaining targets in this investigation have been charged and/or notified of the government's investigation.

4. Because the defendants have now been charged, or the investigation has been made known to them, it is appropriate for the Court to unseal the docket in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 29, 2022.

_____
JEFF MITCHELL