SPERTUS, LANDES & JOSEPHS, LLP
James W. Spertus (SBN 159825)
Lindsey M. Hay (SBN 311463)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711
jspertus@spertuslaw.com
lhay@spertuslaw.com

Attorneys for Defendant Edon Kagasoff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  CR  22-80-DMG |
|---|---|
| Plaintiff, | **EDON KAGASOFF'S RESPONSE TO ADDENDUM TO RESENTENCE REPORT** |
| v. | |
| EDON YOSHIDA KAGASOFF, | DATE:          July 5, 2023 |
| Defendant. | TIME:          3:30 p.m. |

Defendant Edon Yoshida Kagasoff, by and through his counsel of record, hereby respectfully submits his Response to the Addendum to the Presentence Report filed under seal on June 15, 2023.


Dated:  June 15, 2023                    Respectfully submitted,

                                                      SPERTUS, LANDES & JOSEPHS, LLP


                                                      By: _____
                                                      James W. Spertus
                                                      Lindsey M. Hay
                                                      Attorneys for Edon Kagasoff

Defendant Edon Kagasoff, who comes before the Court for sentencing on July 5, 2023, is in receipt of the Probation Officer's Addendum to the Presentence Report filed under seal on June 15, 2023.  (Dkt. 104.)  Without discussing the content of that under seal filing in this publicly-filed response, Mr. Kagasoff hereby withdraws the objection that triggered the Addendum.  The Probation Officer is correct, and the underlying objection is withdraw.

Mr. Kagasoff is grateful for USPO Kenneth Rotter's thoroughness, thoughtfullness and diligence in this case.

Respectfully submitted,

Dated:  June 15, 2023                    SPERTUS, LANDES & JOSEPHS, LLP

By:  _____
     James W. Spertus
     Lindsey M. Hay

     Attorneys for Edon Kagasoff

1

EDON KAGASOFF'S RESPONSE TO ADDENDUM TO PSR