SPERTUS, LANDES & JOSEPHS, LLP
James W. Spertus (SBN 159825)
Lindsey M. Hay (SBN 311463)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711
jspertus@spertuslaw.com
lhay@spertuslaw.com

*Attorneys for Defendant Edon Kagasoff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR20-22-80-DMG |
|---|---|
| Plaintiff, | **UNOPPOSED EX PARTE APPLICATION FOR ORDER FOR RETURN OF PASSPORT; DECLARATION OF JAMES W. SPERTUS** |
| v. | |
| EDON YOSHIDA KAGASOFF, | |
| Defendant. | |

TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD, PLEASE TAKE NOTICE THAT Defendant Edon Kagasoff, by and through his counsel of record, Spertus, Landes & Josephs, LLP, hereby moves *ex parte* without opposition from the government for an order to the United States Probation Office to return Mr. Kagasoff's passport now that Mr. Kagasoff has been sentenced and his bond exonerated.  The United States does not oppose this request, which is based upon the attached Declaration of James W. Spertus.

Dated:  August 22, 2023            SPERTUS, LANDES & JOSEPHS, LLP

                                   By:   /S James W. Spertus
                                         James W. Spertus
                                         Lindsey M. Hay
                                         Attorneys for Edon Kagasoff

## **DECLARATION OF JAMES W. SPERTUS**

I, JAMES W. SPERTUS, state and declare as follows:

1. I am an attorney duly licensed to practice law before this Court and am counsel of record for Defendant Edon Kagasoff. I have personal and firsthand knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them under oath.

2. Mr. Kagasoff was sentenced on July 5, 2023, and his bond was exonerated. At Mr. Kagasoff's sentencing, I requested that the Court order the United States Probation Office to return Mr. Kagasoff's passport. The Court declined the request because it did not believe an order from the Court was necessary for Mr. Kagasoff to receive his passport from the Probation office, but the Court invited counsel to request an order if an order turned out to be necessary.

3. The United States Probation Office cannot return Mr. Kagasoff's passport without an order from the Court. Since the date of his sentencing, Mr. Kagasoff has had numerous conversations with Probation and Pretrial Services attempting to secure the return of his passport, and has been informed that a Court order is required. Attached as Exhibit A is an email from Mr. Kagasoff's Pretrial Services Officer confirming this requirement.

4. Mr. Kagasoff respectfully requests an order from the Court for the return of his passport. The government does not oppose this application.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing facts are true and correct to the best of my information and belief. Executed this 22nd day of August in Los Angeles, California.

By: /S James W. Spertus
James W. Spertus

- 1 -
DECLARATION OF JAMES W. SPERTUS

# EXHIBIT A

**EXHIBIT A**

# James W. Spertus

| | |
|---|---|
| **From:** | Dario Olguin <Dario_Olguin@cacp.uscourts.gov> |
| **Sent:** | Friday, August 11, 2023 9:07 AM |
| **To:** | James W. Spertus |
| **Cc:** | Edon Kagasoff |
| **Subject:** | RE: Passport return |

Good morning,

Mr. Kagasoff reached out after sentencing and again a couple of days ago regarding the return of the passport. He did relay that the request was made at the time of sentencing for the passport to be returned and that the Court referred him back to Probation. I reviewed the J&C order in case it mentioned anything about a passport returned, but it does not. So, at this point we cannot return his passport without an order from the Court. A request will have to be filed with the Court and if approved – please let us know. I'm thinking that request might be forwarded by the Court to the Magistrate Judge that imposed the surrender passport order for review and approval.

Normally, once defendants are sentenced and the passport isn't ordered to be returned - the passport is immediately sent over the Department of State for disposal. However, I informed our assistants that Mr. Kagasoff would be requesting the passport back – so it is still in our possession for now. I'm not sure how long I can get them to hang on to it though.

I hope the above makes sense. I am no longer assigned to Mr. Kagasoff's case, but please feel free to reach out with any questions/concerns.



**DARIO OLGUIN**
UNITED STATES PROBATION OFFICER
UNITED STATES DISTRICT COURT
CALIFORNIA CENTRAL PROBATION OFFICE
411 West Fourth Street
Santa Ana, CA 92701
Office: (657) 556-1320  Mobile: (657) 556-1320  Fax: (714) 338-2904
Email: Dario_Olguin@cacp.uscourts.gov